# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00024-RJC-DSC

| | |
|---|---|
| PANDUIT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORNING OPTICAL ) | |
| COMMUNICATIONS LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Eric D. Hayes]" (document #16) filed May 22, 2018. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 22, 2018

David S. Cayer
United States Magistrate Judge