# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| PANDUIT CORP. )<br>  Plaintiff, )<br>v. )<br>CORNING OPTICAL )<br>COMMUNICATIONS LLC )<br>  Defendant. ) | Case No. 5:15-CV-24-RJC-DSC |

## ORDER

**BEFORE THE COURT** is the parties' Joint Motion to Transfer this action from the Western District of North Carolina to the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a). The Court **GRANTS** that Motion upon the grounds stated therein and hereby transfers this action to the United States District Court for the Eastern District of North Carolina.

**SO ORDERED**.

Signed: May 23, 2018

David S. Cayer
United States Magistrate Judge