IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-229-FL

| | |
|---|---|
| PANDUIT CORP., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CORNING OPTICAL COMMUNICATIONS LLC, | ) |
| Defendant. | ) |

On July 18, 2018, Plaintiff Panduit Corp. ("Panduit") and Defendant Corning Optical Communications LLC ("COC") jointly moved to substitute COC's parent company, Corning Incorporated, as the named defendant in this action and to also amend the case caption accordingly.

The court has reviewed the motion, and the motion is GRANTED in its entirety. Corning Incorporated is hereby joined as defendant and Corning Optical Communications LLC is hereby dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The case caption shall be amended as follows:

PANDUIT CORP.,

                    Plaintiff,

     v.

CORNING INCORPORATED,

                    Defendant.

SO ORDERED. This the 19th day of July, 2018.

                                                        _____
                                                          LOUISE WOOD FLANAGAN
                                                          United States District Judge