IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Panduit Corp.,

    Plaintiff,

v.

Corning Incorporated,

    Defendant.

Case No. 5:18-CV-00229-FL

## ORDER GRANTING MOTION TO RETAIN UNDER SEAL

This matter having come before the Court on Corning's Motion (DE 93) to Retain Under Seal the following sealed documents:

    **(i)** Plaintiff Panduit Corp.'s Reply Brief in Support of Its Motion for Leave to File Second Amended Complaint (DE 88), a redacted version of which has already been filed publicly;

    **(ii)** Exhibits 1–8 to the same; and

    **(iii)** Exhibit 1 and Exhibit A to Corning's Motion for Leave to File Sur-Reply.

This Court, having considered the Motion and accompanying memoranda, find that good cause exists for granting the Motion and it is hereby ORDERED that the Motion is ALLOWED.

The Clerk is hereby directed to retain under seal the above-cited documents.

SO ORDERED, this 21st day of December, 2020.

                                                    Louise W. Flanagan
                                                    UNITED STATES DISTRICT JUDGE