IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Panduit Corp., <br><br> Plaintiff, <br><br> v. <br><br> Corning Incorporated <br><br> Defendant, | Case No. 5:18-CV-00229-FL |

**ORDER**

THIS MATTER came before the Court on the parties' Joint Motion to Request Remote Attendance by Client Representatives and Non-Presenting Counsel at *Markman* Hearing. Upon consideration of the Motion, the entire record herein, and for good cause shown, the Motion is GRANTED.

It is hereby ORDERED, that certain client representatives and non-presenting counsel for the parties be permitted to attend the July 1, 2021 *Markman* hearing by videoconference means. By no later than Friday, June 25, 2021, the parties are to inform the Court's Case Manager of the names, telephone numbers and email addresses for all remote attendees.

This, the 22nd day of June 2021.

_____
Louise W. Flanagan
U.S. District Court Judge