IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Panduit Corp., <br><br> Plaintiff, <br><br> v. <br><br> Corning Incorporated, <br><br> Defendant. | Case No. 5:18-CV-00229-FL |

## ORDER GRANTING MOTION TO RETAIN UNDER SEAL

This matter having come before the Court on Corning's Motion to Retain Under Seal certain portions of Defendant Corning Incorporated's Opposition to Panduit's Motion for Sanctions and Exhibits 1-4 to the same. This Court, having considered the Motion to Retain Under Seal and accompanying memoranda, find that good cause exists for granting the Motion and it is hereby ORDERED that the Motion is ALLOWED.

The Clerk is hereby directed to retain under seal the above-cited documents.

Dated: November 8, 2021

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge