IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Panduit Corp., <br><br> Plaintiff, <br><br> v. <br><br> Corning Incorporated, <br><br> Defendant. | Case No. 5:18-CV-00229-FL |

## ORDER GRANTING MOTION TO SEAL

This matter having come before the Court on Corning's Motion to Seal certain portions of Corning's Memorandum in Support of Its Motion to Strike Panduit's Infringement Contentions and Exhibits 1 and 2 to the same. This Court, having considered the Motion to Seal and accompanying memorandum, finds that good cause exists for granting the Motion to Seal and it is hereby **ORDERED** that the Motion to Seal is **ALLOWED**.

The Clerk is hereby directed to retain under seal the above-cited documents.

Dated: November 8, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge