UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PANDUIT CORP.,
    Plaintiff,

v.

**JUDGMENT**

No. 5:18-CV-229-FL

CORNING INCORPORATED
    Defendants.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered November 10, 2021, judgment is entered in favor of Corning and against Panduit that the Accused Processes do not infringe the claims of the Asserted Patents under the Court's September 27, 2021 Order.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Corning's unadjudicated affirmative defenses and counterclaims of non-infringement and invalidity of the Asserted Patents are DISMISSED WITHOUT PREJUDICE, and without prejudice to reassert the foregoing affirmative defenses and counterclaims in the event of remand or other assertions by Panduit under the Asserted Patents.

**This Judgment Filed and Entered on November 10, 2021, and Copies To:**

Daniel S. Stringfield / Katherine D. Cappaert / Kelly Eberspecher / Katherine H. Johnson / F. Hill Allen, IV  (via CM/ECF Notice of Electronic Filing)
Eric D. Hayes / Mark T. Calloway / Michael J. Newton (via CM/ECF Notice of Electronic Filing)

November 10, 2021        PETER A. MOORE, JR., CLERK
                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk