IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Panduit Corp., <br><br> Plaintiff, <br><br> v. <br><br> Corning Incorporated, <br><br> Defendant. | Case No. 5:18-CV-00229-FL |

## ORDER GRANTING MOTION TO RETAIN UNDER SEAL

This matter having come before the Court on Corning's Motion to Retain Under Seal certain portions of Plaintiff Panduit Corp.'s Opposition to Corning's Motion to Strike Preliminary Infringement Contentions (D.E. 145), certain portions of Exhibit C attached to the same (D.E. 145-4), and the entirety of Exhibits A, B, F, and G attached to the same (D.E. 145-2, 145-3, 145-7, and 145-8, respectively). This Court, having considered the Motion and accompanying memoranda, find that good cause exists for granting the Motion and it is hereby ORDERED that the Motion is ALLOWED.

The Clerk is hereby directed to retain under seal the above-cited documents.

SO ORDERED, this 18 day of November 2021.

_____
LOUISE W. FLANAGAN
United States District Judge