IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Panduit Corp., <br><br> Plaintiff, <br><br> v. <br><br> Corning Incorporated, <br><br> Defendant. | Case No. 5:18-CV-00229-FL |

## ORDER GRANTING MOTION TO SEAL

This matter having come before the Court on Defendant Corning Incorporated's Motion to Seal certain portions of Plaintiff Panduit Corp.'s Opposition to Corning's Motion to Find the Case Exceptional and Award Fees, as well as certain portions of Exhibits A and B attached to the same. This Court, having considered the Motion to Seal and accompanying memorandum, finds that good cause exists for granting the Motion to Seal and it is hereby **ORDERED** that the Motion to Seal is **ALLOWED**.

The Clerk is hereby directed to retain under seal the above-cited documents.

SO ORDERED, this 3rd day of February, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge