IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Panduit Corp., <br><br> Plaintiff, <br><br> v. <br><br> Corning Incorporated, <br><br> Defendant. | Case No. 5:18-CV-00229-FL |

## ORDER GRANTING MOTION TO REDACT

This matter having come before the Court on Corning's Motion to Redact certain portions of the transcript of the October 12, 2021 Motion Hearing (Dkt. 181). This Court, having considered the Motion to Redact and accompanying memorandum, finds that good cause exists for granting the Motion to Redact and it is hereby **ORDERED** that the Motion to Redact is **ALLOWED**.

The Clerk is hereby directed to retain under seal the above-cited documents.

Dated: February 3, 2022

_____
Robert T. Numbers, II
United States Magistrate Judge