IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-229-FL

| | |
|---|---|
| PANDUIT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CORNING OPTICAL COMMUNICATIONS ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

On March 17, 2022, Panduit Corp. ("Plaintiff") filed a motion to seal D.E. 203, previously filed on March 14th, 2022, as the redacted version of Panduit's presentation to the Court during the hearing on March 10, 2022.

The Court has reviewed the motion to seal, and for good cause shown and in the Court's discretion, the motion is GRANTED.

SO ORDERED. This the 21st day of March, 2022.

LOUISE W. FLANAGAN
United States District Judge